Case 04-74050   Doc 32   Filed 02/01/08   Entered 02/01/08 11:29:44   Desc Main
Document     Page 1 of 1

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: ANTHONY WATSON, SR.  
P.O. BOX A - 3826  
CHICAGO, IL  60690-3826

SSN-xxx-xx-6714

Case Number: 04-74050

Case filed on: 8/12/2004  
Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $22,825.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID M. SIEGEL | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | ANTHONY WATSON, SR. | 0.00 | 0.00 | 145.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 145.00 | 0.00 |
| 014 | (LANDLORD) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AAA CHECKMATE, L.L.C. | 1,870.11 | 1,870.11 | 968.51 | 0.00 |
| 002 | AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BROTHER LOAN & FINANCE CO. | 577.67 | 577.67 | 299.17 | 0.00 |
| 004 | BUSCHBACK INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 492.43 | 492.43 | 255.02 | 0.00 |
| 006 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MANUS DENTAL OF OLYMPIA FIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MEDNET | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PEOPLES ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PREMIER PEDIATRICIANS - UPCP | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SPRINGHILL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | U.S. EMPLOYEES CREDIT UNION | 32,835.13 | 32,835.13 | 17,004.93 | 0.00 |
| 013 | Z-TEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BONITA WATSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 35,775.34 | 35,775.34 | 18,527.63 | 0.00 |
|  | Grand Total: | 38,475.34 | 38,475.34 | 21,372.63 | 0.00 |

Total Paid Claimant:      $21,372.63  
Trustee Allowance:        $1,452.37  
Percent Paid Unsecured:   51.79

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan